IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM NORKUNAS,

    Plaintiff,

v.        CASE NO. 1:11-cv-00064-MP -GRJ

THIRTY-NINTH AVENUE LIMITED PARTNERSHIP,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Consent Motion for Extension of Time to File Answer. The motion is granted, and Defendant shall have until June 8, 2011, to respond to the Complaint.

**DONE AND ORDERED** this _9th_ day of May, 2011

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge