IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM NORKUNAS,

    Plaintiff,

v.                        CASE NO. 1:11-cv-00064-MP -GRJ

THIRTY-NINTH AVENUE LIMITED PARTNERSHIP,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 12, defendant's second motion for an extension of time. The parties agree to the extensions requests, and the Court determines that they are reasonable. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The defendant shall have until July 15, 2011, to respond to the Complaint.

The Counsel of record and any unrepresented parties shall confer (personally, by phone, or electronically) by July 15, 2011, as required by Rule 26(f), and the joint report to the Court [see Fed. R. Civ. P. Form 52[1]] shall be filed by July 29, 2011.

**DONE AND ORDERED** this _23rd_ day of May, 2011

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge

---

[1]Available in word-processing format at http://www.uscourts.gov/RulesAndPolicies/FederalRulemaking/RulesAndForms/IllustrativeCivilRulesForms.aspx