IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM NORKUNAS,

    Plaintiff,

v.                                  CASE NO. 1:11-cv-00064-MP-GRJ

THIRTY-NINTH AVENUE LIMITED PARTNERSHIP,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on Doc. 19, Consent Motion for Extension of Time to File Answer.  The motion is granted, and Defendant shall have until August 15, 2011, to respond to the complaint.

    **DONE AND ORDERED** this *14th* day of July, 2011

                      *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge