IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM NORKUNAS,

    Plaintiff,

v.                                    CASE NO. 1:11-cv-00064-MP-GRJ

THIRTY-NINTH AVENUE LIMITED PARTNERSHIP,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 42, a notice of settlement submitted by the parties. In the notice, the parties indicate that a settlement has been reached as to all claims and that the parties wish the case to be dismissed with prejudice and with each side to bear its costs and attorney's fees except as set out in the settlement. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The plaintiff's complaint is dismissed with prejudice and this case is closed.

2. The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this *3rd* day of October, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge